

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2021

No. 04-21-00242-CV

**ELECTRIC RELIABILITY COUNCIL OF TEXAS** and Bill Magness,
Appellants

v.

**CPS ENERGY,**
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-04574
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

On November 15, 2021, appellant filed an "Emergency Motion to Clarify and/or Modify the Court's Temporary Orders." We **ORDER** appellee to file a response to the motion **by November 29, 2021**.

It is so **ORDERED** on this 16th day of November, 2021.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court